IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: <br><br> CATHERINE MARIE PRIETO GARCIA, <br><br> Debtor. | Case No.:  11-00819(ESL) <br><br> Chapter 13 |

**MOTION SUBMITTING AMENDED PLAN DATED MARCH 30, 2012
AND NOTICE OF PERIOD TO OBJECT TO ITS TERMS**

**TO THE HONORABLE COURT:**

**Now Comes**, Debtor, represented by the undersigned attorney, and very respectfully states and prays as follows:

1.   On March 22, 2012, Debtor filed an Amended Plan in order to, among other provisions, raise the overall plan base in order to pay what the plan proposes (Docket No. 12). Nevertheless, the plan is still slightly short, given the required adequate protection insurance premiums.

2.   Debtor respectfully submits, as an attachment, an Amended Plan dated March 30, 2012, in order to provide a sufficient plan base.

**WHEREFORE**, Debtor very respectfully requests from this Honorable Court to take notice of the aforementioned Amended Plan and confirm the same, absent any properly grounded, timely objection.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Pursuant to Rule 2002(a)(5), within **twenty-one (21) days** after service as evidenced by the certification, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the U.S. Trustee, Chapter 13 Trustee **Alejandro Oliveras Rivera**, and all CM/ECF participants, and also mailed the same to any creditors in the attached list that are non CM/ECF participants.

In San Juan, Puerto Rico, this 30th day of March, 2012.

<u>**/s/ Carlos C. Alsina Batista**</u>
Carlos C. Alsina Batista
USDC-PR NO. 222801

**CARLOS ALSINA BATISTA LAW OFFICES, PSC**
638 Aldebaran St.
Banco de Desarrollo Económico Bldng.
Second Floor, Suite HQ-7
San Juan, Puerto Rico 00920
Tel. (787)781-1882/Fax. (787)793-6733
Email: calsina@prquiebra.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. **12-00819-13**

**PRIETO GARCIA, CATHERINE MARIE**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **3/30/2012**
☐ PRE ☐ POST-CONFIRMATION    Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **240.00** x **9** = $ **2,160.00**
$ **340.00** x **15** = $ **5,100.00**
$ **363.00** x **36** = $ **13,068.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **20,328.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **20,328.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ CATHERINE MARIE PRIETO GARCIA**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CARIBE FED (CL. 7)** Cr. _____ Cr. _____
# **24954** # _____ # _____
$ **13,642.41** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**ASOCIACION RESID    CREDIT ACCEPTAN(    POPULAR MORTGA(**
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to: _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Carlos Alsina Batista Law Offices, P.S.C**  Phone: **(787) 781-1882**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PRIETO GARCIA, CATHERINE MARIE** Case No. **12-00819-13**
Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **GLYSSELI BONILLA** | | |

IN RE **PRIETO GARCIA, CATHERINE MARIE**                        Case No. **12-00819-13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

**(1) ATTORNEY'S FEES TO BE PAID FIRST;**

**(2) MONTHLY PRECONFIRMATION ADEQUATE PROTECTION PAYMENTS OF $190.00 IN FAVOR OF CARIBE FEDERAL CREDIT UNION;**

**(3) ADEQUATE PROTECTION INSURANCE TO BE PROVIDED BY EASTERN INSURANCE COMPANY AND TO BE PAID THROUGH THE PLAN; DEBTOR WILL PROVIDE INSURANCE QUOTE FOR THE TRUSTEE'S ANALYSIS OF PLAN SUFFICIENCY;**

**(4) STEPPED-UP PAYMENTS WILL COME FROM MATURITY DATE OF 401K LOAN DEDUCTED FROM DEBTOR'S WORK PAYMENTS;**

**(5) DEBTOR AGREES TO LIFT OF STAY IN FAVOR OF POPULAR MORTGAGE IN ORDER FOR SUCH CREDITOR TO CONTINUE FORECLOSURE PROCEEDING AGAINST THE PROPERTY ("IN REM") ONLY; ANY DEFICIENCY IS AN UNSECURED DEBT WHICH WILL BE DISCHARGED;**

**(6) DEBTOR AGREES TO LIFT OF STAY IN FAVOR OF CREDIT ACCEPTANCE CORP. IN ORDER FOR SUCH CREDITOR TO SELL THE COLLATERAL VEHICLE ("IN REM") ONLY; ANY DEFICIENCY IS AN UNSECURED DEBT WHICH WILL BE DISCHARGED;**

**(7) DEBTOR AGREES TO LIFT OF STAY IN FAVOR OF ASOCIACION DE RESIDENTES DE RIVER PLANTATION IN ORDER FOR SUCH CREDITOR TO COLLECT STRICTLY AGAINST THE PROPERTY ("IN REM"); ANY DEFICIENCY IS AN UNSECURED DEBT WHICH WILL BE DISCHARGED;**

**(8) DEBTOR SURRENDERS SHARES TO CARIBE FEDERAL CREDIT UNION;**

**(9) ANY FUTURE TAX REFUNDS RECEIVED DURING THE DURATION OF THE PLAN WILL FUND THE SAME, ABSENT A COURT ORDER ALLOWING DEBTOR TO USE ANY TAX REFUNDS PORTION, AFTER DUE NOTICE TO THE TRUSTEE AND CREDITORS.**

```
Label Matrix for local noticing      RECOVERY MANAGEMENT SYSTEMS CORP     US Bankruptcy Court District of P.R.
0104-3                                RAMESH SINGH                         Jose V Toledo Fed Bldg & US Courthouse
Case 12-00819-ESL13                   25 SE 2ND AVE STE 1120               300 Recinto Sur Street, Room 109
District of Puerto Rico               MIAMI, FL  33131-1605                San Juan, PR 00901-1964
Old San Juan
Tue Mar  6 20:30:04 AST 2012

AMERICAN EXPRESS                      AMEX                                 ASOCIACION RESIDENTES RIVER PLANTATION
PO BOX 981540                         PO BOX 981537                        URB RIVER PLANTATION 140 CALLE TALLABOA
EL PASO, TX  79998-1540               EL PASO, TX  79998-1537              CANOVANAS, PR  00729


AT&T MOBILITY                         AT&T SERVICES                        AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO
PO BOX 5818                           1801 VALLEY VIEW LN                  P.O. BOX 70101
DENVER, CO  80217-5818                FARMERS BRANCH, TX  75234-8906       SAN JUAN, PR  00936-8101


AUTORIDAD DE ENERGIA ELECTRICA        American InfoSource LP as agent for  BANCO POPULAR DE PR
P.O. BOX 363508                       T Mobile/T-Mobile USA Inc            PO BOX 362708
SAN JUAN, PR  00936-3508              PO Box 248848                        SAN JUAN, PR  00936-2708
                                      Oklahoma City, OK  73124-8848


BANK OF AMERICA                       BANK OF AMERICA - RICHMOND VA        CARIBE FEDERAL CREDIT UNION
PO BOX 982235                         PO BOX 27025                         195 ONEILL STREET
EL PASO, TX  79998-2235               RICHMOND, VA  23261-7025             SAN JUAN, PR  00918-2404


CHASE                                 (p)CREDIT ACCEPTANCE CORPORATION     CREDIT ACCEPTANCE CORP
LEGAL DEPT                            25505 WEST 12 MILE ROAD              PO BOX 5070
PO BOX 15902                          SOUTHFIELD MI  48034-8316            SOUTHFIELD, MI  48086-5070
WILMINGTON, DE 19850


CRIM                                  FIRST PREMIER BANK                   GLYSSELI BONILLA DIAZ
PO BOX 195387                         3820 N LOUISE AVE                    CALLE 1 A13 RIO GRANDE ESTATES
SAN JUAN, PR 00919-5387               SIOUX FALLS, SD  57107-0145          RIO GRANDE, PR  00745


HSBC BANK - PAYMENT PROCESSING CENTER JORGE LUIS FLYNN CINTRON             JP MORGAN CHASE BANK
PO BOX 5253                           URB RIVER PLANTATION                 PO BOX 659754
CAROL STREAM, IL  60197-5253          NUM 20 CALLE TALLABOA                SAN ANTONIO, TX  78265-9754
                                      CANOVANAS, PR 00729-4304


LIBERTY CABLEVISION                   POPULAR MORTGAGE                     PR ACQUISITIONS LLC
PO BOX 719                            PO BOX 71375                         250 MUNOZ RIVERA AVE SUITE 1200
LUQUILLO, PR  00773-0719              SAN JUAN, PR 00936-8475              HATO REY PR 00918-1814


PUERTO RICO ELECTRIC POWER            SCOTIABANK DE PR                     SCOTIABANK DE PUERTO RICO
PO BOX 364267                         CENTRALIZED RETAIL COLLECTION UNIT   PO BOX 362394
SAN JUAN, PR  00936-4267              P.O. BOX 362230                      SAN JUAN, PR  00936-2394
                                      SAN JUAN, PR  00936-2230
```

| | | |
|---|---|---|
| TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>P.O. BOX 9024140<br>SAN JUAN, PR 00902-4140 | WELLS FARGO BANK<br>BUSINESS DIRECT DIVISION<br>PO BOX 29746<br>PHOENIX, AZ 85038-9746 | WELLS FARGO BANK, NA - TEXAS<br>PO BOX 660041<br>DALLAS, TX 75266-0041 |
| WILLIAM SEVILLA MOTTA<br>C/O LCDO. CARLOS A. SANTANA RABELL<br>PMB 320 AVE RIO HONDO NUM 90<br>BAYAMON, PR 00961-3148 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | CARLOS C ALSINA BATISTA<br>CARLOS ALSINA BATISTA LAW OFFICES PSC<br>638 ALDEBARAN ST<br>BANCO DE DESARROLLO ECONOMICO BLDNG<br>SECOND FLOOR SUITE HQ 7<br>SAN JUAN, PR 00920 |
| CATHERINE MARIE PRIETO GARCIA<br>URB ESTANCIAS DEL RIO<br>CALLE CEIBA NUM 98<br>CANOVANAS, PR 00729-4349 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CREDIT ACCEPTANCE
25505 W 12 MILE RD #3000
SOUTHFIELD, MICH 48034

End of Label Matrix
Mailable recipients   37
Bypassed recipients    0
Total                 37