**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>CATHERINE MARIE PRIETO GARCIA,<br>Debtor. | Case No.: 11-00819(ESL)<br><br>Chapter 13 |

**MOTION SUBMITTING POST-CONFIRMATION PLAN MODIFICATION DATED
APRIL 5, 2013 AND NOTICE OF PERIOD TO OBJECT TO ITS TERMS**

**TO THE HONORABLE COURT:**

**NOW COMES**, Debtor, represented by the undersigned attorney, and very respectfully states and prays as follows:

1. On April 12, 2012, this Honorable Court confirmed Debtor's Amended Plan dated March 30, 2012. See Docket No. 20. The confirmed plan provided for lift of stay with regards to Debtor's residence, which Debtor had abandoned previous to filing her bankruptcy petition. Popular is the mortgage loan creditor.

2. After plan confirmation, Debtor reached a loss mitigation agreement with Banco Popular in order to save her home. Thus, she began making the regular monthly mortgage payments to Banco Popular.

3. In order to move back into her residence, Debtor had to incur in home improvement expenses and pay some of the arrears owed to the Homeowners' Association of Urb. River Plantation. These extraordinary expenses caused arrears in Debtor's confirmed plan. Accordingly, on March 15, 2013, the Chapter 13 Trustee filed a motion to dismiss. See Docket No. 35.

4. In order to cure the aforementioned arrears and also satisfy the rest of the arrears owed to the Homeowners' Association of Urb. River Plantation, Debtor respectfully submits Post-Confirmation Modified Plan Dated April 5, 2013.

**WHEREFORE**, Debtor very respectfully prays from this Honorable Court to take notice of the aforementioned Post-Confirmation Modified Plan and approve the same, absent any properly grounded, timely objection.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Pursuant to Rule 2002(a)(5), within **twenty-one (21) days** after service as evidenced by the certification, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the U.S. Trustee, **Chapter 13 Trustee Alejandro Oliveras Rivera**, and all CM/ECF participants, and also mailed the same to any creditors in the attached list that are not CM/ECF participants.

In San Juan, Puerto Rico, this 13th day of April, 2013

**/s/ Carlos C. Alsina Batista**
Carlos C. Alsina Batista
USDC-PR NO. 222801
**CARLOS ALSINA BATISTA LAW OFFICES, PSC**
638 Aldebaran St.
Banco de Desarrollo Económico Bldng.
Second Floor, Suite HQ-7
San Juan, Puerto Rico 00920
Tel. (787)781-1882/Fax. (787)793-6733
Email: calsina@prquiebra.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                  Case No. **12-00819-13**

**PRIETO GARCIA, CATHERINE MARIE**      Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/05/2013**       ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION      Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 240.00 x | 9 = $ | 2,160.00 |
| $ | 0.00 x | 3 = $ | 0.00 |
| $ | 340.00 x | 12 = $ | 4,080.00 |
| $ | 400.00 x | 12 = $ | 4,800.00 |
| $ | 440.00 x | 24 = $ | 10,560.00 |

TOTAL: $ **21,600.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **21,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

PCM Plan $350.00

Signed: /s/ *CATHERINE MARIE PRIETO GARCIA*
       Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **ASOCIACION RESID**    Cr. _____    Cr. _____
# **EE-8**    # _____    # _____
$ **1,021.00**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CARIBE FED (CL. 7)**    Cr. _____    Cr. _____
# **24954**    # _____    # _____
$ **13,642.41**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**CREDIT ACCEPTAN(    POPULAR MORTGA(**
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to:
**ASOC. RESIDENTES RIVER PLANTATION**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Carlos Alsina Batista Law Offices, P.S.C**      Phone: **(787) 781-1882**

AMENDED CHAPTER 13 PAYMENT PLAN

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | **GLYSSELI BONILLA** | | |

(1) ATTORNEY'S FEES TO BE PAID FIRST;

(2) MONTHLY PRECONFIRMATION ADEQUATE PROTECTION PAYMENTS OF $190.00 IN FAVOR OF CARIBE FEDERAL CREDIT UNION;

(3) ADEQUATE PROTECTION INSURANCE TO BE PROVIDED BY EASTERN INSURANCE COMPANY AND TO BE PAID THROUGH THE PLAN; DEBTOR WILL PROVIDE INSURANCE QUOTE FOR THE TRUSTEE'S ANALYSIS OF PLAN SUFFICIENCY;

(4) STEPPED-UP PAYMENTS WILL COME FROM MATURITY DATE OF 401K LOAN DEDUCTED FROM DEBTOR'S WORK PAYMENTS;

(5) DEBTOR AGREES TO LIFT OF STAY IN FAVOR OF POPULAR MORTGAGE IN ORDER FOR SUCH CREDITOR TO CONTINUE FORECLOSURE PROCEEDING AGAINST THE PROPERTY ("IN REM") ONLY; ANY DEFICIENCY IS AN UNSECURED DEBT WHICH WILL BE DISCHARGED;

(6) DEBTOR AGREES TO LIFT OF STAY IN FAVOR OF CREDIT ACCEPTANCE CORP. IN ORDER FOR SUCH CREDITOR TO SELL THE COLLATERAL VEHICLE ("IN REM") ONLY; ANY DEFICIENCY IS AN UNSECURED DEBT WHICH WILL BE DISCHARGED;

(7) DEBTOR SURRENDERS SHARES TO CARIBE FEDERAL CREDIT UNION;

(8) ANY FUTURE TAX REFUNDS RECEIVED DURING THE DURATION OF THE PLAN WILL FUND THE SAME, ABSENT A COURT ORDER ALLOWING DEBTOR TO USE ANY TAX REFUNDS PORTION, AFTER DUE NOTICE TO THE TRUSTEE AND CREDITORS.

```
Label Matrix for local noticing            RECOVERY MANAGEMENT SYSTEMS CORP       US Bankruptcy Court District of P.R.
0104-3                                     RAMESH SINGH                           Jose V Toledo Fed Bldg & US Courthouse
Case 12-00819-ESL13                        25 SE 2ND AVE STE 1120                 300 Recinto Sur Street, Room 109
District of Puerto Rico                    MIAMI, FL 33131-1605                   San Juan, PR 00901-1964
Old San Juan
Tue Mar  6 20:30:04 AST 2012

AMERICAN EXPRESS                           AMEX                                   ASOCIACION RESIDENTES RIVER PLANTATION
PO BOX 981540                              PO BOX 981537                          URB RIVER PLANTATION 140 CALLE TALLABOA
EL PASO, TX  79998-1540                    EL PASO, TX  79998-1537                CANOVANAS, PR  00729


AT&T MOBILITY                              AT&T SERVICES                          AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO
PO BOX 5818                                1801 VALLEY VIEW LN                    P.O. BOX 70101
DENVER, CO  80217-5818                     FARMERS BRANCH, TX  75234-8906         SAN JUAN, PR  00936-8101


AUTORIDAD DE ENERGIA ELECTRICA             American InfoSource LP as agent for    BANCO POPULAR DE PR
P.O. BOX 363508                            T Mobile/T-Mobile USA Inc              PO BOX 362708
SAN JUAN, PR  00936-3508                   PO Box 248848                          SAN JUAN, PR  00936-2708
                                           Oklahoma City, OK  73124-8848


BANK OF AMERICA                            BANK OF AMERICA - RICHMOND VA          CARIBE FEDERAL CREDIT UNION
PO BOX 982235                              PO BOX 27025                           195 ONEILL STREET
EL PASO, TX  79998-2235                    RICHMOND, VA  23261-7025               SAN JUAN, PR  00918-2404


CHASE                                      (p)CREDIT ACCEPTANCE CORPORATION       CREDIT ACCEPTANCE CORP
LEGAL DEPT                                 25505 WEST 12 MILE ROAD                PO BOX 5070
PO BOX 15902                               SOUTHFIELD MI 48034-8316               SOUTHFIELD, MI  48086-5070
WILMINGTON, DE 19850


CRIM                                       FIRST PREMIER BANK                     GLYSSELI BONILLA DIAZ
PO BOX 195387                              3820 N LOUISE AVE                      CALLE 1 A13 RIO GRANDE ESTATES
SAN JUAN, PR 00919-5387                    SIOUX FALLS, SD  57107-0145            RIO GRANDE, PR  00745


HSBC BANK - PAYMENT PROCESSING CENTER      JORGE LUIS FLYNN CINTRON               JP MORGAN CHASE BANK
PO BOX 5253                                URB RIVER PLANTATION                   PO BOX 659754
CAROL STREAM, IL  60197-5253               NUM 20 CALLE TALLABOA                  SAN ANTONIO, TX  78265-9754
                                           CANOVANAS, PR 00729-4304


LIBERTY CABLEVISION                        POPULAR MORTGAGE                       PR ACQUISITIONS LLC
PO BOX 719                                 PO BOX 71375                           250 MUNOZ RIVERA AVE SUITE 1200
LUQUILLO, PR  00773-0719                   SAN JUAN, PR  00936-8475               HATO REY PR 00918-1814


PUERTO RICO ELECTRIC POWER                 SCOTIABANK DE PR                       SCOTIABANK DE PUERTO RICO
PO BOX 364267                              CENTRALIZED RETAIL COLLECTION UNIT     PO BOX 362394
SAN JUAN, PR  00936-4267                   P.O. BOX 362230                        SAN JUAN, PR  00936-2394
                                           SAN JUAN, PR  00936-2230
```

| | | |
|---|---|---|
| TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>P.O. BOX 9024140<br>SAN JUAN, PR 00902-4140 | WELLS FARGO BANK<br>BUSINESS DIRECT DIVISION<br>PO BOX 29746<br>PHOENIX, AZ 85038-9746 | WELLS FARGO BANK, NA - TEXAS<br>PO BOX 660041<br>DALLAS, TX 75266-0041 |
| WILLIAM SEVILLA MOTTA<br>C/O LCDO. CARLOS A. SANTANA RABELL<br>PMB 320 AVE RIO HONDO NUM 90<br>BAYAMON, PR 00961-3148 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | CARLOS C ALSINA BATISTA<br>CARLOS ALSINA BATISTA LAW OFFICES PSC<br>638 ALDEBARAN ST<br>BANCO DE DESARROLLO ECONOMICO BLDNG<br>SECOND FLOOR SUITE HQ 7<br>SAN JUAN, PR 00920 |
| CATHERINE MARIE PRIETO GARCIA<br>URB ESTANCIAS DEL RIO<br>CALLE CEIBA NUM 98<br>CANOVANAS, PR 00729-4349 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CREDIT ACCEPTANCE
25505 W 12 MILE RD #3000
SOUTHFIELD, MICH 48034

End of Label Matrix
Mailable recipients   37
Bypassed recipients    0
Total                 37