IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CATHERINE MARIE PRIETO GARCIA

DEBTOR(S)

CASE NO. 12-00819-ESL

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED <u>4/5/2013</u>

With respect to the above-referred payment plan with a base of $21,600.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**                    ☒ **UNFAVORABLE**

The liquidation value of the estate is: 0.00

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

**2. [X] INSUFFICIENTLY FUNDED § 1325(b):**

**to pay secured creditors.**

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**1) Debtor should submitt for review and Court approval loss modification agreement reached with BPPR. 2) No claim has been filed for Asoc. Residentes.**

NOTICE: This report anticipates Trustee 's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee 's Office.

DATE: 4/23/2013

<u>CARLOS C ALSINA BATISTA*</u>

COUNSEL FOR DEBTOR(S)

<u>/s/ Michelle M Vega</u>
Michelle M Vega
USDC # 228212

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
LEGAL-MM